# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
JOHN CARROLL THOMPSON  
PATRICIA LOUISE THOMPSON  
PO BOX 90  
NEWARK, OH  43058

Case No:    05-61998

Judge:      CHARLES M. CALDWELL

SSN(S):    XXX-XX-7525  
           XXX-XX-5986

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 24, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| FIRST CHECK ADVANCE<br>12011 TECHNIGLAS RD<br>ST LOUISVILLE, OH  43071 | 17.33 |